UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand twenty.

_____

| | |
|---|---|
| Royce Setzer, | **STATEMENT OF COSTS** |
|     Lead Plaintiff - Appellant, | Docket No. 19-1095 |
| Earl Holtzman, | |
|     Plaintiff - Appellant, | |
| v. | |
| Omega Healthcare Investors, Inc., C. Taylor Pickett, Robert O. Stephenson, Daniel J. Booth, | |
|     Defendants - Appellees. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,123.80 in favor of Appellants Royce Setzer and Earl Holtzman.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/31/2020